IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHILANDRIA HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:20-cv-00228 |
| | ) | Judge Trauger |
| INTERNATIONAL PAPER | ) | Magistrate Judge Holmes |
| *a New York Company*, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 8, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Doc. No. 12) is GRANTED, and this case is DISMISSED as to all claims.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure .

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge